# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☒ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name      (11) Jeremy Specker
Alias Name
Birthdate                08/25/1985

**Related Case Information**

Superseding Indictment/Information   ☐ Yes   ☒ No   if yes, original case number _____

New Defendant   ☐ Yes   ☒ No
Prior Complaint Case Number, if any

**U.S. Attorney Information**
AUSA  Joseph Marquez

**Interpreter Needed**
☐ Yes       Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody            Writ Required       ☐ Yes  ☒ No
☐ Currently on Bond                         Warrant Required  ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to distribute a controlled substance | 1 |
| 2 | 21:853.F/6911/4 | Criminal Forfeiture Allegation | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

(May be continued on reverse)

Date   5/1/19                              Signature of AUSA   /s/ Joseph Marquez