IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No.   19-00157-02/03/11-CR-W-DGK

Manuel Pinitu-Rosa (02)
Kervin Gonzalez-Bernal (03)
Jeremy Specker (11)

AUSA:   Joseph Marquez
Defense Atty.:   David Guastello (02), John A. Picerno (03), Dione C. Greene (11)

| JUDGE: | **Sarah W. Hays** U. S. Magistrate Judge | DATE/TIME: | **5/14/2019** 10:31 am-10:56 am |
|---|---|---|---|
| DEPUTY CLERK | Jan Martin | TAPE/REPORTER | FTR/jmm |
| INTERPRETER | Marcela Renna | PRETRIAL/PROB: | Tanis Humig |

### DETENTION/ARRAIGNMENT
### Clerk's Minutes

DETENTION HEARING:   Parties appear in person and with counsel ready to proceed on government's motion for pretrial detention.

( x )Parties stipulate to factual contents of Pretrial Services Report as being the direct testimony of the Pretrial Services Officer/
( x )Government presents evidence and calls witness  Wendi Winans, DEA Task Force Officer with the Independence, Missouri Police Department. Direct examination held. Cross examination held re; Dione Green, counsel for defendant Jeremy Specker (11).
( x )Arguments presented.

( x )Other: The Court will take the matter of detention under advisement.
    ( x ) Written Detention Orders to be forthcoming.
    ( x ) Defendants remanded to the custody of the U.S. Marshal.

ARRAIGNMENT

( x ) Defendants Manuel Pinitu-Rosa (02), Kervin Gonzalez-Bernal (03) and Jeremy Specker (11)  charged in count 1 and forfeiture allegation of a 7 count indictment.
( x ) Count 1 of the indictment was read to the defendants.
( x ) Defendants were informed of the maximum punishment for count 1 of the indictment.
( x ) Defendants entered a plea of not guilty to count 1, and defendants will contest the forfeiture allegation.
( x) The Government orally motions the Court to correct (by interlineation) the indictment to reflect the correct birthdate of Kervin Gonzalez-Bernal (03) to read 10/22/1983. Motion Granted.

ORDERS

( x )   Case ordered set for trial on the joint criminal jury trial docket which commences July 15, 2019 .

( x )   In lieu of a scheduling conference, the Court will issue a standard Scheduling and Trial Order. The government states that the discovery is voluminous, and they anticipate discovery will be provided to defendants within 2 weeks. If parties will not be ready for trial by the scheduled docket, a motion for continuance for a date certain should be filed as soon as possible.