IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.            Case No.    19-00157-11-CR-W-DGK

Jeremy Specker

AUSA:    Joseph Marquez
Defense Atty.:    Dione C. Greene

| JUDGE: | **Matt J. Whitworth** <br> U. S. Magistrate Judge | DATE/TIME: | **6/14/2019** <br> 10:02 am-10:10 am |
|---|---|---|---|
| DEPUTY CLERK | Jan Martin | TAPE/REPORTER | FTR/jmm |
| INTERPRETER | | PRETRIAL/PROB: | Tara Westerhof |

## Clerk's Minutes

### BOND HEARING

**REMARKS:** Parties present in person and with counsel. Defendant is Ordered released on a $10,000 bond with court approved signer. Defendant was read the conditions of his release, and will be ordered to a treatment facility.

Recess